**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KIMTYLERY HENG and OL CHHEN, ) <br> on behalf of themselves and a class, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> HEAVNER, BEYERS & MIHLAR, LLC, ) <br> ) <br> Defendant. ) | Case No.: 15-cv-8454 <br><br> Judge Charles R. Norgle <br> Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

**TO:** See attached service list.

**PLEASE TAKE NOTICE** that on **October 9, 2015 at 10:30 a.m.,** we shall appear before Judge Norgle in Room 2341 of the Dirksen Federal Courthouse and will there present: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, a copy of which is attached and hereby served upon you.

                                                                       s/ Francis R. Greene
                                                                       Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

  I, Francis R. Greene, hereby certify that on September 25, 2015, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System, and shall cause to be served, as soon as service may be effectuated, a true and accurate copy of such filing via process server upon the following parties:

Heavner, Beyers & Mihlar, LLC
111 E. Main
Suite 200
Decatur, IL 62523

                s/Francis R. Greene
                Francis R. Greene