IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIMTYLERY HENG and OL CHHEN, on behalf of themselves and a class, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| HEAVNER, BEYERS & MIHLAR, LLC, | ) ) ) |
| Defendant. | ) |

Case No.: 15-cv-8454

Judge Charles R. Norgle
Magistrate Judge Jeffrey Cole

**PLAINTIFF'S MOTION TO ENTER AND CONTINUE
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiffs Kimtylery Heng and Ol Chhen respectfully request that their motion for class certification be entered and continued until the Court sets an initial status hearing in this matter.

In support of this motion, plaintiffs state as follows:

1. Plaintiffs filed their complaint (Doc. 1), motion for class certification (Doc. 4), and memorandum in support of their motion (Doc. 6) on September 25, 2015.

2. Plaintiffs filed their motion for class certification at this early stage in the litigation to avoid having their class claims mooted by a tender or settlement offer or offer of judgment. *Damasco v. Clearwire Corp.*, 662 F.3d 891 (7th Cir. 2011).

3. Plaintiffs noticed up their motion for class certification for October 9, 2015 (Doc. 9).

4. Defendant Heavner, Beyers & Mihlar, LLC has not yet been served with either the complaint or the motion for class certification, and accordingly, has not yet appeared.

WHEREFORE, plaintiffs respectfully request that their motion for class certification be

1

entered and continued until the Court sets an initial status hearing in this matter.

                Respectfully submitted,

                s/Francis R. Greene
                Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

  I, Francis R. Greene, hereby certify that on September 25, 2015, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System, and shall cause to be served, as soon as service may be effectuated, a true and accurate copy of such filing via process server upon the following parties:

Heavner, Beyers & Mihlar, LLC
111 E. Main
Suite 200
Decatur, IL 62523

                s/Francis R. Greene
                Francis R. Greene