# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KIMTYLERY HENG and OL CHHEN, on behalf of themselves and a class, | ) ) ) | Case No.: 15-cv-8454 |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | Judge Charles R. Norgle Magistrate Judge Jeffrey Cole |
| HEAVNER, BEYERS & MIHLAR, LLC, | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:** See attached service list.

    **PLEASE TAKE NOTICE** that on **October 9, 2015 at 10:30 a.m.,** we shall appear before Judge Norgle in Room 2341 of the Dirksen Federal Courthouse and will there present: **PLAINTIFF'S MOTION TO ENTER AND CONTINUE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, a copy of which is attached and hereby served upon you.

                                                  s/ Francis R. Greene
                                                  Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

  I, Francis R. Greene, hereby certify that on September 25, 2015, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System, and shall cause to be served, as soon as service may be effectuated, a true and accurate copy of such filing via process server upon the following parties:

Heavner, Beyers & Mihlar, LLC
111 E. Main
Suite 200
Decatur, IL 62523

                s/Francis R. Greene
                Francis R. Greene